1  
2  JOSEPH P. RUSSONIELLO (CASBN 44332)  
   United States Attorney  
3  BRIAN J. STRETCH (CASBN 163973)  
   Chief, Criminal Division  
4  
5  STEVEN E. SEITZ (NYSBN 4408415)  
   Special Assistant United States Attorney  
6       150 South Almaden Boulevard, Suite 900  
        San Jose, California 95113  
7       Telephone: (408) 535-5080  
        Facsimile: (408) 535-5081  
8       steven.seitz@usdoj.gov  
9  Attorneys for the United States  
10  
11  
                    IN THE UNITED STATES DISTRICT COURT  
12  
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA  
13  
                             SAN JOSE DIVISION  
14  
15  
16  UNITED STATES OF AMERICA,        )  No. CR 09-01115 JF  
                                     )  
17              Plaintiff,           )  **STIPULATION TO CONTINUE** STATUS  
                                     )  ~~SENTENCING HEARING; [PROPOSED]~~  
18  v.                               )  **ORDER**  
                                     )  
19  EDDIE JACKSON,                   )  
                                     )  
20              Defendant.           )  
    _____  )  
21  

        Defendant and the government, through their respective counsel, hereby stipulate that,  
22  
    subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for  
23  
    Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11, 2010, at 9:00 a.m.  
24  
     The continuance is requested to allow additional time for defense investigation.  Additionally,  
25  
    counsel for both parties are involved in preparations for trial in another case set for February 23,  
26  

STIPULATION TO CONTINUE  
HEARING DATE; [PROPOSED] ORDER  
No. CR 09-01155 JF                    1

1  2010.

2      The parties further agree that time should be excluded under the Speedy Trial Act because

3  the ends of justice served by granting the requested continuance outweigh the interest of the

4  public and the defendant in a speedy trial.  The failure to grant the requested continuance would

5  deny defense counsel reasonable time necessary for effective preparation, taking into account the

6  exercise of due diligence, and would result in a miscarriage of justice.  The parties therefore

7  stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and

8  (B)(iv).

9

10  Dated: 2/12/10                                                                                   _____/s/_____
                                                                                                               LARA S. VINNARD
                                                                                                               Assistant Federal Public Defender

11

12  Dated:                                                                                       _____/s/_____
                                                                                            STEVEN SEITZ
13                                                                                  Special Assistant United States Attorney

14  //

15  //

16
17  //

18  //

19
20  //

21  //

22
23  //

24
25  //

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-01155 JF                         2

1  **[PROPOSED] ORDER**

2  The parties have jointly requested a continuance of the hearing set for Tuesday, February

3  16, 2010, allow time for the defense to complete investigation, and for continuity of counsel.

4  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date

5  presently set for Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11,

6  2010, at 9:00 a.m.

7  Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

8  under the Speedy Trial Act from February 16, 2010 to March 11, 2010. The Court finds, based

9  on the aforementioned reasons, that the ends of justice served by granting the requested

10  continuance outweigh the interest of the public and the defendant in a speedy trial. The failure

11  to grant the requested continuance would deny defense counsel reasonable time necessary for

12  effective preparation, taking into account the exercise of due diligence, and would result in a

13  miscarriage of justice. The Court therefore concludes that this exclusion of time should be made

14  under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

16  Dated: 3/3/10

JEREMY FOGEL
United States District Judge